IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JOAN BARANEK** | : | **NO.  14-533** |

## O R D E R

**AND NOW,** this 28th day of January, 2015, upon consideration of Defense counsel's letter request of January 26, 2015 seeking permission for Ms. Baranek to travel to Reno, Nevada to attend her son's wedding, **IT IS ORDERED** that the Request is **GRANTED** and Defendant's bail conditions are modified as follows: Defendant may travel to Reno, Nevada on February 26, 2015, returning on March 3, 2015.

All other conditions of bail imposed by Order dated October 8, 2014 shall remain in effect.

        **BY THE COURT:**

        /s/ Gene E.K. Pratter
        **GENE E.K. PRATTER**
        **United States District Judge**